**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 332 EAL 2016
:
              Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
        v. :
:
:
:
JERREL BIRCH, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.